AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:14-M -00321(1) |
| | § |
| (1) Andres Dimas-Alvarez | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 13, 2014** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Andres DIMAS-Alvarez, an alien, entered, or was found in the United States at or near Eagle Pass, Texas, after having been denied admission, excluded, deported, or removed from the United States through Laredo, Texas on January 26, 1996, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto. Defendant being voluntarily in the United States unlawfully , a felony,

| in violation of Title | **8** | United States Code, Section(s) | **1326(a)(1)** |
|---|---|---|---|

.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"The defendant, Andres DIMAS-Alvarez, was arrested by Border Patrol Agents, on January 13, 2014 for being an alien illegally present in the United States. Investigation and records*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant
Paredes, Jose A
Border Patrol Agent

01/15/2014
File Date

at   DEL RIO, Texas
City and State

VICTOR ROBERTO GARCIA
U.S. MAGISTRATE JUDGE

_____
Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

          vs.                         Case Number: DR:14-M -00321(1)

    (1) Andres Dimas-Alvarez

**Continuation of Statement of Facts:**

of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on January 26, 1996 through Laredo, Texas. The defendant was found in the WESTERN DISTRICT OF TEXAS without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States."

_____
Signature of Judicial Officer

_____
Signature of Complainant